___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR - 8 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BACH, et al,

    Plaintiffs.

    v.                                    Case No. C05-970P

FOREVER LIVING PRODUCTS U.S., INC.,
                                          ORDER OF DISMISSAL
    Defendant.

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this __8__ day of March, 2007.

_____
Marsha J. Pechman
U.S. District Judge

05-CV-00970-ORD

26  ORDER OF DISMISSAL